| | |
|---|---|
| Seth W. Wiener (SBN 203747)<br>seth@sethwienerlaw.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Jeffrey Francis Craft (SBN 147186)<br>jcraft@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1731 Fox Springs Circle<br>Newbury Park, CA 91320<br><br>Timothy Devlin (*pro hac vice*)<br>tdevlin@devlinlawfirm.com<br>Robert Kiddie (*pro hac vice* to be filed)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Attorneys for Express Mobile, Inc. | Michael P. Adams (*Pro Hac Vice*)<br>madams@dykema.com<br>Sherri Wilson<br>swilson@dykema.com (*Pro Hac Vice*)<br>Dykema Gossett PLLC<br>111 Congress Ave, Suite 1800<br>Austin, Texas 78701<br>Tel.: (512) 703-6300<br>Fax: (512) 703-6399<br><br>Abirami Gnanadesigan (SBN 263375)<br>agnanadesigan@dykema.com<br>DYKEMA GOSSETT PLLC<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel.: (213) 457-1800<br>Fax: (213) 457-1850<br><br>Attorneys for Defendant<br>MH SUB I, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MH SUB I, LLC,<br><br>    Defendant. | ) Case No.: 3:19-cv-3352-RS<br>)<br>)<br>) **STIPULATION AND ORDER**<br>) **MODIFYING CASE MANAGEMENT**<br>) **SCHEDULING ORDER AS MODIFIED BY**<br>) **THE COURT**<br>)<br>)<br>)<br>)<br>) |

STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 3:19-CV-3352-RS

1     IT IS HEREBY STIPULATED by and between Plaintiff Express Mobile, Inc. ("Express

2 Mobile") and Defendant MH Sub I, LLC ("MH Sub") as follows

3     WHEREAS, the Court entered a Case Management Scheduling Order on September 13,

4 2019 (Dkt. 28);

5     WHEREAS, the parties have agreed that it would be mutually beneficial to modify the case

6 schedule to continue to work to narrow the issues and to accommodate the parties continued intent to

7 engage in good faith settlement discussions;

8     WHEREAS, there have been no prior schedule modifications in this case;

9     NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the

10 following modifications to the Case Management Scheduling Order:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Express Mobile serves Infringement Contentions and Document Production (LPR 3-1, 3-2) | 11/7/2019 | 2/5/2020 |
| MH Sub I serves Invalidity Contentions and Document Production (LPR 3-3, 3-4) | 12/23/2019 | 3/18/2020 |
| Exchange of proposed terms for claim construction (LPR 4-1) | 1/6/2020 | 4/1/2020 |
| Exchange of proposed claim constructions and extrinsic evidence, including any expert reports for claim construction (LPR 4-2) | 1/27/2020 | 4/22/2020 |
| Express Mobile serves Damages Contentions (LPR 3-8) | 2/10/2020 | 5/6/2020 |
| Joint Claim Construction and Prehearing Statement and exchange of any expert rebuttal reports for claim construction (LPR 4-3) | 2/20/2020 | 5/13/2020 |
| MH Sub I serves Responsive Damages Contentions (LPR 3-9) | 3/11/2020 | 6/3/2020 |
| Completion of claim construction discovery (including depositions of any experts for claim construction) (LPR 4-4) | 3/20/2020 | 6/12/2020 |
| Express Mobile files Opening Claim Construction Brief (LPR 4-5(a)) | 4/7/2020 | 7/1/2020 |
| MH Sub I files Responsive Claim Construction Brief (LPR 4-5(b)) | 4/21/2020 | 7/15/2020 |
| Express Mobile files Reply Claim Construction Brief (LPR 4-5(c)) | 4/28/2020 | 7/22/2020 |
| Claim Construction hearing | 5/13/20 | 8/14/2020 at 9:00 am |

IT IS SO STIPULATED.


Dated: February 5, 2020                                   Respectfully Submitted,

|   |   |
|---|---|
| 1 | By: /s/Jeffrey Francis Craft |
| 2 | Jeffrey Francis Craft (SBN 147186) |
|   | jcraft@devlinlawfirm.com |
| 3 | DEVLIN LAW FIRM LLC |
|   | 1731 Fox Springs Circle |
| 4 | Newbury Park, CA 91320 |

By: */s/Jeffrey Francis Craft*
Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle
Newbury Park, CA 91320

*Attorneys for Plaintiff Express Mobile, Inc.*

Dated: February 5, 2020

By: */s/ Michael P. Adams*
Michael P. Adams (*Pro Hac Vice*)
madams@dykema.com
Dykema Gossett PLLC
111 Congress Ave, Suite 1800
Austin, Texas 78701

*Attorneys for Defendant MH Sub I, LLC*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated:  February 5, 2020

By: */s/ Jeffrey Francis Craft*
Jeffrey Francis Craft

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/5/2020

_/s/ Richard Seeborg_
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE