1  MICHAEL P. ADAMS (*Pro Hac Vice*)
   madams@dykema.com
2  SHERRI A. WILSON (*Pro Hac Vice*)
   swilson@dykema.com
3  **DYKEMA GOSSETT PLLC**
   111 Congress Avenue, Suite 1800
4  Austin, Texas 78701
   Telephone: (512) 703-6300
5  Facsimile:  (512) 703-6399

6  ABIRAMI GNANADESIGAN (SBN 263375)
   agnanadesigan@dykema.com
7  **DYKEMA GOSSETT PLLC**
   333 South Grand Avenue, Suite 2100
8  Los Angeles, California 90071
   Telephone: (213) 457-1800
9  Facsimile:  (213) 457-1850

10 Attorneys for MH Sub I, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MH SUB I, LLC, <br><br> Defendant. | Case No. 3:19-CV-3352-RS <br><br> **STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULING ORDER (DKT. 32)** |

IT IS HEREBY STIPULATED by and between Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant MH Sub I, LLC ("MH Sub") as follows:

WHEREAS, the Court entered a Case Management Scheduling Order on September 13, 2019 (Dkt. 28);

WHEREAS, the Court entered a stipulation and order modifying the Case Management Scheduling Order on February 5, 2020 (Dkt. 32);

WHEREAS, in light of the COVID-19 pandemic, the parties have agreed that it would be mutually beneficial to modify the case schedule to allow the parties and their attorneys to accommodate evolving changes to living and working conditions, including changes resulting from state and city shelter-in-place orders, such as California's Executive Order, issued March 19, 2020 and effective until further notice, mandating certain businesses to cease all activities except for Minimum Basic Operations. The parties will continue to work with each other to accommodate each other's needs which are directly caused by these unique circumstances that are currently impacting the Court, counsel, and the parties and, if necessary, will promptly notify the Court of any additional necessary schedule modifications;

WHEREAS, there has only been one schedule modification in this case;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following modifications to the current Case Management Scheduling Order:

| Description | Current Deadline | Deadline |
|---|---|---|
| MH Sub I serves Invalidity Contentions and Document Production (LPR 3-3, 3-4) | 3/18/2020 | 5/20/2020 |
| Exchange of proposed terms for claim construction (LPR 4-1) | 4/1/2020 | 6/4/2020 |
| Exchange of proposed claim constructions and extrinsic evidence, including any expert reports for claim construction (LPR 4-2) | 4/22/2020 | 6/22/2020 |
| Express Mobile serves Damages Contentions (LPR 3-8) | 5/6/2020 | 7/8/2020 |
| Joint Claim Construction and Prehearing Statement and exchange of any expert rebuttal reports for claim construction (LPR 4-3) | 5/13/2020 | 7/15/2020 |
| MH Sub I serves Responsive Damages Contentions (LPR 3-9) | 6/3/2020 | 8/3/2020 |
| Completion of claim construction discovery (including depositions of any experts for claim construction) (LPR 4-4) | 6/12/2020 | 7/13/2020 |
| Express Mobile files Opening Claim Construction Brief (LPR 4-5(a)) | 7/1/2020 | 9/3/2020 |
| MH Sub I files Responsive Claim Construction Brief (LPR 4-5(b)) | 7/15/2020 | 9/17/2020 |
| Express Mobile files Reply Claim Construction Brief (LPR 4-5(c)) | 7/22/2020 | 9/24/2020 |
| Claim Construction hearing | 8/14/2020 | 10/16/2020 at 10:00 am |

| | |
|---|---|
| DATED: March 31, 2020 | Respectfully submitted, |

By: ___/s/ Abirami Gnanadesigan___
ABIRAMI GNANADESIGAN (SBN 263375)
agnanadesigan@dykema.com
DYKEMA GOSSETT PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071

MICHAEL P. ADAMS (*Pro Hac Vice*)
madams@dykema.com
SHERRI A. WILSON (*Pro Hac Vice*)
swilson@dykema.com
**DYKEMA GOSSETT PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701

Attorneys for Defendant MH Sub I, LLC


By: ___/s/Jeffrey F. Craft___
JEFFREY FRANCIS CRAFT (SBN 147186)
jcraft@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1731 Fox Springs Circle
Newbury Park, California 91320

Attorneys for Plaintiff Express Mobile, Inc.


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: March 31, 2020.

By: ___/s/Abirami Gnanadesigan___
     Abirami Gnanadesigan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/3/2020

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

117318.000004 4825-0225-7592.2